

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00737-CV

**WAL-MART STORES, LLC**, Wal-Mart Stores, Inc., and Wal-Mart Stores Texas, L.P.,
Appellants

v.

JoAnn **FLORES**, Individually and as Representative of the Estate of Justin M. Flores, Deceased,
and for and on behalf of All Those Entitled to Recover for the Death of Justin M. Flores under
the Texas Wrongful Death and Survival Statutes,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-10-109
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  August 27, 2014

SET ASIDE AND REMANDED

The parties have filed an Agreed Motion to Set Aside the Trial Court's Judgment and

Remand for Rendition of New Judgment pursuant to Texas Rule of Appellate Procedure

42.1(a)(2)(B), explaining that they have executed a final settlement agreement resolving all claims

involved in this appeal. They ask that we set aside the trial court's judgment and remand the cause

for entry of the agreed judgment attached to the motion. We grant the motion, set aside the

judgment, and remand the cause for entry of the agreed judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM